No. 11,153.

THE STATE OF LOUISIANA VS. VILLE RIDEAU ET AL.

The motion to quash has not the slightest merit, and the motion in arrest is over-ruled for the reasons given in State vs. Bennett, No. 11,151.

APPEAL from the Eleventh District Court, Parish of St. Landry. Perrault, J.

M. J. Cunningham, Attorney General, for the State, Appellee.

John N. Ogden for Defendant and Appellant.

The opinion of the court was delivered by

FENNER, J. We find a motion to quash the indictment and proceedings in this case on the ground that they "set forth no cause of

State ex rel. Comerford vs. Mayor.

action." No argument, oral or written, is filed, and no explanation of this singular plea is made. There is nothing in it.

The same motion in arrest which was overruled in the Bennett and Clay cases, Nos. 11,151 and 11,152, must encounter the same fate here.

Judgment affirmed.